**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 96-31265
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellant,

VERSUS

AUDREY DALY, MELVIN LEON WILLIAMS,
LENNOX SMITH-STEWART,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CR-182)
_____
November 17, 1997

Before JOLLY, DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

We have carefully reviewed the record, the briefs and the argument of counsel and conclude that the evidence is more than sufficient to support the verdicts and that the district court committed no reversible error.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.